AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Tomas Hailemariam | ) Case No. 2:22-mj-315 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

X *Tomas Hailemariam*
Defendant's signature

*Susan Pettit*
Signature of defendant's attorney

SUSAN PETTIT, 0067613
Printed name and bar number of defendant's attorney

713 S. Front St, Columbus OH 43206
Address of defendant's attorney

PETTITDEFENDS@GMAIL.COM
E-mail address of defendant's attorney

(614) 596-2889
Telephone number of defendant's attorney

(614) 445-7873
FAX number of defendant's attorney