**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO OF OHIO**
**FRANKLIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CASE NO. 2:22-CR-109** |
| **v.** | : | |
| | : | **JUDGE MORRISON** |
| **TOMAS HAILEMARIAM** | : | |
| | : | |
| **Defendant.** | : | |

_____

**MOTION OF DEFENDANT, TOMAS HAILEMARIAM, FOR PRETRIAL NOTICE OF OTHER ACTS 404(B) EVIDENCE WHICH THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL**

_____

Defendant, Tomas Hailemariam, through undersigned counsel, pursuant to Rule 404 (b), Federal Rules of Evidence, moves the Court for an Order requiring the Government to provide notice of the nature of any "other acts" evidence with respect to Tomas Hailemariam, which the Government intends to introduce at trial.

This motion is submitted in accordance with Rule 404 (b), Federal Rules of Evidence.

Respectfully submitted,

/s/ Dustin M. Blake
Dustin M. Blake (0080560)
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, Ohio 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam

## MEMORANDUM

Pursuant to Rule 404 (b) of the Federal Rules of Evidence, Defendant, Tomas

Hailemariam, moves this Court for pretrial notice of any evidence the Government

intends to introduce at trial that is evidence of other crimes, wrongs or acts.


Respectfully submitted,


/s/ Dustin M. Blake
Dustin M. Blake (0080560)
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, Ohio 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam


## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon the

Assistant United States Attorney, United States Attorney's Office, 303 Marconi

Blvd., Suite 200, Columbus, Ohio 43215, on this June 27, 22.

/s/ Dustin M. Blake
Dustin M. Blake (0080560)