United States District Court
Southern District of Ohio

## Related Case Memorandum
### Criminal Cases

TO: Judge Morrison and Judge Watson

FROM: Spencer D. Harris, Deputy Clerk

DATE: 6/24/2022

SUBJECT: Case Caption: USA v. Tomas Hailemariam

CASE: Case Number: 2:22-CR-109

DISTRICT JUDGE: Judge Morrison

File Date: 6/23/22

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Ermias Kessette Golla, et al.,**

Case Number: **2:21-CR-41 (1, 2, 3, 4)**   District Judge: **Judge Watson**

File Date: **3/11/21**   Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Spencer D. Harris**
as follows:

### Judges' Response:

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    Watson

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*