UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Tomas Hailemariam,

Defendant.

Case No. 2:22-cr-109

Judge Michael H. Watson

### ORDER

The Government moves for a *Lafler* hearing.  ECF No. 40.  That motion is **GRANTED**; the Court will hold a *Lafler* hearing on **November 2, 2023, at 10:00 a.m.**  The Government's response to the motion to suppress, ECF No. 41, is due **November 17, 2023, at 5:00 p.m.**

The Clerk shall terminate ECF No. 40

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**