# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                     Case No. 2-22-CR-109

**Tomas Hailemariam**

## CHANGE OF PLEA COURTROOM MINUTES

| JUDGE: | Norah McCann King | DATE AND TIME: | 11/8/23 @ 11 AM |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | C Shimeall/ E Geraghty |
| COURT SMART | L DuFour | COUNSEL FOR DEFT(S). | D Blake |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft appeared with Counsel and consented to plead before a US Magistrate Judge; Dft changes his plea from not guilty to "**GUILTY**" to the pending charges; Judge to issue a RR and a PSI is to be ordered. Dft to remain in custody pending sentencing.

Court adjourn.