# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

    v.                                                Case No. 2:22-cr-109

                                                           Judge Michael H. Watson

**Tomas Hailemariam,**

<u>**ORDER**</u>

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 50.  The Court accepts Defendant's plea of guilty to Counts 1 and 2 of the Indictment, and he is hereby adjudged guilty on that count.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

                                                   /s/ Michael H. Watson
                                          **MICHAEL H. WATSON, JUDGE**
                                          **UNITED STATES DISTRICT COURT**