# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

**v.**  Case No. 2:22-cr-109

**Tomas Hailemariam,** Judge Michael H. Watson

**Defendant.**

### ORDER

Sentencing is set for **2:00 p.m. on April 16, 2024**, in Courtroom 120.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**