**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Case No.  2:22-cr-109 |
| **Plaintiff,** | : | |
| | : | **JUDGE MICHAEL H. WATSON.** |
| v. | : | |
| | : | |
| **TOMAS HAILEMARIAM,** | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I certify that in accordance with 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(6), the United States sent direct written notice of this action and a copy of the Preliminary Order of Forfeiture (Doc. 61) entered in this case to Felicia B. Prater, Diamonte N. Jakam Mock, Althea D. Cosby, Chesvon R. Echols, Justin A. Lillibridge, and Jeffrey N. Richardson, people known to the United States to reasonably appear to be potential claimants with standing to contest the forfeiture of property that is the subject of the order of forfeiture.  (*See* Exhibits A through F.)

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney

    s/S. Courter Shimeall
    S. COURTER SHIMEALL (0090514)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Courter.Shimeall@usdoj.gov