

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*  *Telephone: 614-469-5715*
*Suite 200*  *Fax: 614-469-5653*
*Columbus, OH 43215*

February 13, 2024

**By Regular U.S. Mail & Certified Mail No. 7019 1640 0001 1131 9929**
Jeffrey N. Richardson
1713 Londondale Pkwy
Newark, Ohio 43055

    RE:   *United States v. Tomas Hailemariam*
           Criminal Case No. 2:22-cr-109

Dear Mr. Richardson:

    The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

    Based on a review of firearm trace records held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States is aware that you previously purchased the Girsan-manufactured, model Regard, 9mm, semi-automatic handgun, bearing serial number T6368-20A16323, that is subject to forfeiture in this case.

    You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

    If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.



EXHIBIT F

...

Direct Notice
Page 2

*United States v. Tomas Hailemariam*
2:22-cr-109

      Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Kenneth L. Parker, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

      **If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

      Very truly yours,

      KENNETH L. PARKER
      United States Attorney

      S. COURTER SHIMEALL
      Assistant United States Attorney

Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey N. Richardson
1713 Londondale Pkwy
Newark, Ohio 43055

9590 9402 5529 9249 8882 98

2. Article Number *(Transfer from service label)*

7019 1640 0001 1131 9929

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Jeffrey N. Richardson
1713 Londondale Pkwy
Newark, Ohio 43055

7019 1640 0001 1131 9929

CERTIFIED MAIL

US POSTAGE $009.68
ZIP 43215
02 4W
0001131616 FEB 13 2024

ment of Justice
ttorney's Office
t of Ohio
Suite 200
3215

Jeffrey N. Richardson
1713 Londondale Pkwy
Newark, Ohio 43055



ZIP 432215
02 4W
0001131616FEB 13 2024
US POSTAGE
$001.63