# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:22-cr-109 |
| | : | JUDGE MICHAEL H. WATSON |
| v. | : | |
| | : | |
| TOMAS HAILEMARIAM, | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture (Doc. 61) entered in this case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 8, 2024, and ending on March 8, 2024.  (*See* Exhibit A.)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of March 2024.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney


        s/S. Courter Shimeall
        S. COURTER SHIMEALL (0090514)
        Assistant United States Attorney
        Attorney for Plaintiff
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715
        Courter.Shimeall@usdoj.gov