

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 8, 2024 and March 08, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. TOMAS HAILEMARIAM

**Court Case No:** 2:22-CR-109
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/08/2024 | 23.9 | Verified |
| 2 | 02/09/2024 | 23.9 | Verified |
| 3 | 02/10/2024 | 23.9 | Verified |
| 4 | 02/11/2024 | 23.9 | Verified |
| 5 | 02/12/2024 | 24.0 | Verified |
| 6 | 02/13/2024 | 23.9 | Verified |
| 7 | 02/14/2024 | 24.0 | Verified |
| 8 | 02/15/2024 | 23.9 | Verified |
| 9 | 02/16/2024 | 23.9 | Verified |
| 10 | 02/17/2024 | 23.9 | Verified |
| 11 | 02/18/2024 | 23.9 | Verified |
| 12 | 02/19/2024 | 23.9 | Verified |
| 13 | 02/20/2024 | 23.9 | Verified |
| 14 | 02/21/2024 | 23.9 | Verified |
| 15 | 02/22/2024 | 23.9 | Verified |
| 16 | 02/23/2024 | 24.0 | Verified |
| 17 | 02/24/2024 | 23.9 | Verified |
| 18 | 02/25/2024 | 23.9 | Verified |
| 19 | 02/26/2024 | 23.9 | Verified |
| 20 | 02/27/2024 | 24.0 | Verified |
| 21 | 02/28/2024 | 23.9 | Verified |
| 22 | 02/29/2024 | 23.8 | Verified |
| 23 | 03/01/2024 | 23.9 | Verified |
| 24 | 03/02/2024 | 23.9 | Verified |
| 25 | 03/03/2024 | 23.9 | Verified |
| 26 | 03/04/2024 | 24.0 | Verified |
| 27 | 03/05/2024 | 24.0 | Verified |
| 28 | 03/06/2024 | 23.9 | Verified |
| 29 | 03/07/2024 | 23.9 | Verified |
| 30 | 03/08/2024 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



EXHIBIT A

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
# COURT CASE NUMBER: 2:22-CR-109; NOTICE OF FORFEITURE

Notice is hereby given that on January 03, 2024, in the case of U.S. v. TOMAS HAILEMARIAM, Court Case Number 2:22-CR-109, the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Forfeiture Item p)  A Motorola MC382 cellular telephone, bearing Serial Number IMEI 356611282969470 (22-FBI-006889);

Forfeiture Item q)  A blue/black AT&T flip style cellular telephone, bearing Serial Number IMEI 864862048287310 (22-FBI-006889);

Forfeiture Item r)  A blue AT&T telephone, bearing Serial Number IMEI 866099020855644 (22-FBI-006895);

Forfeiture Item s)  A blue Sprint Sanyo flip style cellular telephone, Model SCP-2400, bearing Serial Number FCC ID AEZSCP-24H (22-FBI-006895).

Forfeiture Item a)  A Girsan-manufactured, model Regard, 9mm, semi-automatic handgun, bearing Serial Number T6368-20A16323 (22-FBI-006909);

Forfeiture Item b)  A Ruger-manufactured, model SR9, 9mm, semi-automatic handgun, bearing Serial Number 330-61894 (22-FBI-006909);

Forfeiture Item c)  A Kimber-manufactured, model Custom II, .45 caliber, semi-automatic handgun, bearing Serial Number K287969 (22-FBI-006909);

Forfeiture Item d)  A Taurus-manufactured, model PT 738, .380 caliber, semi-automatic handgun, bearing Serial Number 20571F (22-FBI-006909);

Forfeiture Item e)  A Smith & Wesson-manufactured, model M&P .380 Shield, .380 caliber, semi-automatic handgun, bearing Serial Number NJE0180 (22-FBI-006909);

Forfeiture Item f)  A Smith & Wesson-manufactured, model M&P 15-22P, .22 caliber, semi-automatic firearm, bearing Serial Number WAK6917 (22-FBI-006909);

Forfeiture Item g)  A Smith & Wesson-manufactured, model Bodyguard, .380 caliber semi-automatic handgun, bearing Serial Number KDN7520 (22-FBI-006909);

Forfeiture Item h)  A Glock-manufactured, model 43X, 9mm, semi-automatic handgun, Serial Number BUEE466 (22-FBI-006909);

Forfeiture Item i)  A pistol magazine with ammunition from the Girsan Regard (22-FBI-006909);

Forfeiture Item j)  A .45 caliber pistol magazine with ammunition from Kimber Custom II (22-FBI-006909);

Forfeiture Item k)  Two pistol magazines with ammunition from Smith & Wesson firearm (22-FBI-006909);

Forfeiture Item l)  A pistol magazine with ammunition from Glock 43X (22-FBI-006909);

Forfeiture Item m)  An empty extended pistol magazine (22-FBI-006909);

Forfeiture Item n)  A pistol magazine with ammunition from the Taurus .380 (22-FBI-006909);

Forfeiture Item o)  An empty pistol mag from a Smith & Wesson firearm (22-FBI-006909).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 08, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney S. Courter Shimeall and Elizabeth A. Geraghty, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be

made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney S. Courter Shimeall and Elizabeth A. Geraghty, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.