**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 2:22-cr-109** |
| Plaintiff, | : | |
| | : | **JUDGE MICHAEL WATSON** |
| v. | : | |
| | : | |
| **TOMAS HAILEMARIAM** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXTEND TIME FOR
FINAL PRESENTENCE REPORT**

Defendant Tomas Hailemariam respectfully requests this Court for an order extending the time for filing of the final presentence report.  Defendant requests an extension of 14 days, which would make the disclosure due on November 19, 2024.

Defense counsel was engaged in a jury trial in Union County, State v. Shipley, Case No. 24-CR-0005 which finalized on October 29, 2024.  Defense counsel has contacted the prosecutor, and they do not oppose this request.

For these reasons, Defendant requests and extension of time when the final presentence report will be available for disclosure of 14 days.  Counsel requests deadlines for objectives be reset accordingly.

Respectfully submitted,

/s/ Dustin M. Blake, Esq.
Dustin M. Blake (0080560)
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, OH 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon the Assistant United States Attorney, United States Attorney's Office, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215 on October 31, 2024.

/s/ Dustin M. Blake, Esq.
Dustin M. Blake (0080560)
Attorney for Defendant Tomas Hailemariam