UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Tomas Hailemariam,

Defendant.

Case No. 2:22-cr-109

Judge Michael H. Watson

## OPINION AND ORDER

Tomas Hailemariam's ("Defendant") counsel moved to withdraw. *See* ECF No. 68. The Court held a hearing on December 12, 2024.

In accordance with the Court's rulings during the December 12, 2024 hearing, and pursuant to the Criminal Justice Act,[1] the Court **APPOINTS** Attorney Michael Hunter as counsel for Defendant.

The Clerk shall terminate ECF No. 68, terminate Attorney Dustin M. Blake, and add Attorney Michael Hunter as defense counsel.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defendant has filed a financial affidavit demonstrating his indigency. *See* ECF No. 4.