IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMAS HAILEMARIAM,

    Defendant.

Case No. 2:22-CR-109

JUDGE MICHAEL H. WATSON

## ORDER

This matter is before the Court for consideration of the Defendant's Motion to File Documents Under Seal. (Doc #: 71.) The defendant requests leave to file the Sentencing Memorandum, including any exhibits, under seal as it will discuss sensitive, non-public information. (*Id.*)

For good cause shown, the Court hereby **GRANTS** Defendant's Motion to File Documents Under Seal and permits the filing of the Defendant's Sentencing Memorandum, including any exhibits, under seal.

IT IS SO ORDERED.

01/28/2025
Date

MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE