# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS HAILEMARIAM,<br><br>　　　　Defendant. | Case No. 2:22-cr-109<br><br>Judge Michael H. Watson |

## NOTICE OF APPEAL

　　Notice is hereby given that Defendant Tomas Hailemariam hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment and Commitment Order entered in his case on February 7, 2025 (Doc #: 74).


　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael J. Hunter*
　　　　　　　　　　　　　　　　　　Michael J. Hunter (0076815)
　　　　　　　　　　　　　　　　　　**Flannery | Georgalis, LLC**
　　　　　　　　　　　　　　　　　　175 S. Third Street, Suite 1060
　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　Tel: (614) 324-4139
　　　　　　　　　　　　　　　　　　mhunter@flannerygeorgalis.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant Tomas Hailemariam*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, a copy of the foregoing was filed electronically with the Court using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Michael J. Hunter
Michael J. Hunter (0076815)

*Attorney for Defendant Tomas Hailemariam*