## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 09, 2025

Mr. Joseph Thomas Sobecki
405 Madison Avenue
Suite 910
Toledo, OH 43604

Re: Case No. 25-3182, *USA v. Tomas Hailemariam*
Originating Case No. : 2:22-cr-00109-1

Dear Counsel,

This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

You must file your appearance form and order transcript within 14 days of this letter. The appearance form and instructions for the transcript order process can be found on this court's website. Please note that transcript ordering in CJA-eligible cases is a two-part process, requiring that you complete both the financing of the transcript (following the district court's procedures) and ordering the transcript (following the court of appeals' docketing procedures). Additional information regarding the special requirements of financing and ordering transcripts in CJA cases can be found on this court's website at http://www.ca6.uscourts.gov/criminal-justice-act under "Guidelines for Transcripts in CJA Cases."

Under § 230.66.40(a) of the *Guide*, "the expense of specialized typesetting, layout, or binding of appellate or other legal briefs (including Supreme Court booklets) exceeding requirements for individuals represented under the CJA, regardless of the printing method utilized, is **not** reimbursable." (emphasis added) "The reasonable cost of laser printing, photocopying, or similar duplication expenses is," however, "reimbursable." *Id*. § 230.66.40(b).

The Supreme Court does not require the special booklet format when a petitioner is proceeding IFP. *See* S. Ct. R. 39.3. Instead, counsel may print their petition on 8.5x11 paper, stapling in the top-left corner, and must mail an original and ten copies of the cert. petition and appendix. *See* Guide to Filing *IFP* Cases; S. Ct. R. 33.2. Expenses above the costs for production consistent with S. Ct. R. 39.3 will not be reimbursed.

Following this letter, you will receive a notice of your appointment in the eVoucher system. That will enable you to log into the eVoucher system and track your time and expenses

in that system.  To receive payment for your services at the close of the case you will submit your voucher electronically via eVoucher.  Instructions for using eVoucher can be found on this court's website.  Your voucher must be submitted electronically no later than 45 days after the final disposition of the appeal.  *No further notice will be provided that a voucher is due*.  Questions regarding your voucher may be directed to the Clerk's Office at 513-564-7041.

    Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

                                                              Sincerely yours,

                                                              s/Ken Loomis
                                                              Administrative Deputy
                                                              Direct Dial No. 513-564-7067

cc:  Mr. Roy G. Ford
      Mr. Tomas Hailemariam
      Mr. Richard W. Nagel
      Ms. Kimberly L. Robinson