## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Case No. 2:22-cr-109** |
| **Plaintiff,** : | |
| : | **JUDGE MICHAEL H. WATSON** |
| **v.** : | |
| : | |
| **TOMAS HAILEMARIAM,** : | |
| : | |
| **Defendant.** : | |

### FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On January 3, 2024, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(a)(1) and (2):

a)  A Girsan-manufactured, model Regard, 9mm, semi-automatic handgun, bearing serial number T6368-20A16323;

b)  A Ruger-manufactured, model SR9, 9mm, semi-automatic handgun, bearing serial number 330-61894;

c)  A Kimber-manufactured, model Custom II, .45 caliber, semi-automatic handgun, bearing Serial Number K287969;

d)  A Taurus-manufactured, model PT 738, .380 caliber, semi-automatic handgun, bearing Serial Number 20571F;

e)  A Smith & Wesson-manufactured, model M&P .380 Shield, .380 caliber, semi-automatic handgun, with an unknown Serial Number;

f)  A Smith & Wesson-manufactured, model M&P 15-22P, .22 caliber, semi-automatic firearm, bearing Serial Number WAK6917;

g)    A Smith & Wesson-manufactured, model Bodyguard, .380 caliber semi-automatic handgun, bearing Serial Number KDN7520;

h)    A Glock-manufactured, model 43X, 9mm, semi-automatic handgun, Serial Number BUEE466;

i)    pistol magazine with ammunition from the Girsan Regard;

j)    .45 caliber pistol magazine with ammunition from Kimber Custom II;

k)    Two pistol magazines with ammunition from Smith & Wesson firearm;

l)    A pistol magazine with ammunition from Glock 43X;

m)    An empty extended pistol magazine;

n)    A pistol magazine with ammunition from the Taurus .380;

o)    An empty pistol mag from a Smith & Wesson firearm;

p)    A Motorola MC382 cellular telephone, bearing Serial Number IMEI 356611282969470;

q)    A blue/black AT&T flip style cellular telephone, bearing Serial Number IMEI 864862048287310;

r)    A blue AT&T telephone, bearing Serial Number IMEI 866099020855644; and

s)    A blue Sprint Sanyo flip style cellular telephone, Model SCP-2400, bearing Serial Number FCC ID AEZSCP-24H.

(Doc. 61.)

The Court directed the United States to seize the subject property and to give notice of its intent to forfeit the property.  (*Id.*)

On February 4, 2025, the Court held the defendant's sentencing hearing.  (Minute Entry 02/04/2025.)  The Judgment establishes that the defendant shall forfeit the subject property to the United States.  (Doc. 74.)

The United States published notice of this forfeiture action and of its intent to dispose of

2

the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 8, 2024. (Doc. 63.)

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Felicia B. Prater, Diamonte N. Jakam Mock, Althea D. Cosby, Chesvon R. Echols, Justin A. Lillibridge, and Jeffrey N. Richardson. (Doc. 62.)

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture. The defendant had an interest in the subject property.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.      All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(a)(1) and (2), and no right, title, or interest shall remain in any other person or entity.

2.      The United States shall dispose of the subject property in accordance with the law.

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

        **IT IS SO ORDERED.**

Dated: 2/26/2026

HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

3